

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2017

No. 04-17-00668-CV

**IN THE INTEREST OF J.N.G. AND C.Y.G.,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01667
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Elva Chapa's notification of late reporter's record is NOTED. We ORDER Elva Chapa to file the reporter's record on or before December 4, 2017. NO EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court